## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

> *Lisa Baranzyk, et al. v. Bayer HealthCare*    No. 12-cv-10408-DRH
> *Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 20, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


                              **JUSTINE FLANAGAN,**
                              **ACTING CLERK OF COURT**

                              **BY:   /s/*Caitlin Fischer***
                                   **Deputy Clerk**

Date: October 20, 2014

Digitally signed
by David R.
Herndon
Date: 2014.10.20
14:41:08 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT